IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LORA MILETTA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 04-1133-HU |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Alan Stuart Graf
ALAN STUART GRAF, PC
P.O. Box 98
Summertown, TN  38483

Kimberly K. Tucker
SWANSON, THOMAS & COON
820 S.W. Second Avenue, Suite 200
Portland, OR  97204

  Attorneys for Plaintiff

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

Lucille G. Meis
Richard Rodriguez
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue
Suite 2900, M/S 901
Seattle, WA 98104-7075

    Attorneys for Defendant

JONES, Judge:

Magistrate Judge Dennis J. Hubel filed Findings and Recommendation (#34) on December 15, 2005, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#34) dated December 15, 2005, in its entirety. The Commissioner's final decision is affirmed. The court lacks jurisdiction to review the Commissioner's refusal to reopen plaintiff's prior application for benefits. The case is dismissed.

IT IS SO ORDERED.

DATED this 30th day of January, 2006.

                                              /s/ Robert E. Jones
                                              ROBERT E. JONES
                                              United States District Judge